**STATE of Missouri, Respondent,**

v.

**Brandon LENIOR, Appellant.**

**No. ED103276**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO

FILED December 13, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 19, 2017

Application for Transfer Denied
May 2, 2017

Chris Koster, Shaun Mackelprang, Jefferson City, MO, for Respondent.

Amy M. Bartholow, Columbia, MO, for Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM

Brandon Lenior ("Appellant") appeals from the trial court's judgment convicting him of murder in the first degree, in violation of Section 565.020 (RSMo. 2000), and armed criminal action, in violation of Section 571.015 (RSMo. 2000). We have re-

viewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).